# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GUY GRIMSLEY, | ) | 3:09-CV-0680-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 17, 2010 |
| | ) | |
| CHARLES RIVER LABORATORIES, | ) | |
| a Delaware corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff has filed a Request for Exemption from Early Neutral Evaluation (Doc. #3). There has been no opposition.

    Plaintiff's Request for Exemption from Early Neutral Evaluation (Doc. #3) is **GRANTED**.   This case will proceed without an Early Neutral Evaluation Session.

    **IT IS SO ORDERED.**

    LANCE S. WILSON, CLERK

    By:          /s/
           Deputy Clerk